**DISMISS; and Opinion Filed August 8, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00884-CR
No. 05-19-00885-CR

**FRANK MARQUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-41408-H & F17-34782-H**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Nowell
Opinion by Justice Brown

Frank Marquez appeals the trial court's November 20, 2018 orders deferring adjudication on his two burglary of habitation offenses. Appellant's notices of appeal, dated July 8, 2019, were filed in the trial court on July 19, 2019.

A timely filed notice of appeal is required to invoke this Court's jurisdiction. *Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012). In the absence of a timely filed notice of appeal, the Court has no option other than to dismiss the appeal. *Id*. A defendant perfects an appeal by filing with the trial court clerk, within thirty days after the date sentence was imposed, or within ninety days after sentencing if the defendant timely filed a motion for new trial, a written notice of appeal showing his desire to appeal. *See* TEX. R. APP. P. 25.2(b), (c), 26.2(a).

Appellant was placed on deferred adjudication in each case on November 20, 2018; absent timely filed motions for new trial, his notices of appeal were due no later than December 20, 2018. However, his notices of appeal, dated July 8, 2019, were filed in the trial court on July 19, 2019.

Under these circumstances, we have no other option than to dismiss these appeals.

/Ada Brown/

ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

190884F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FRANK MARQUEZ, Appellant

No. 05-19-00884-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 1, Dallas County, Texas
Trial Court Cause No. F18-41408-H.
Opinion delivered by Justice Brown.
Justices Bridges and Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered this 8th day of August, 2019.



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

FRANK MARQUEZ, Appellant

No. 05-19-00885-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 1, Dallas County, Texas
Trial Court Cause No. F17-34782-H.
Opinion delivered by Justice Brown.
Justices Bridges and Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered this 8th day of August, 2019.